Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−10862−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Theresa Louise Maruggio
   30 Glenair Avenue
   Waldwick, NJ 07463

Social Security No.:
   xxx−xx−9580

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/25/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 25, 2023
JAN: jf

                                                                                       Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-10862-VFP
Theresa Louise Maruggio  Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 3
Date Rcvd: Jan 25, 2023    Form ID: 148    Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theresa Louise Maruggio, 30 Glenair Avenue, Waldwick, NJ 07463-1215 |
| 519105910 | + | Brianna Fleming, 30 Glenair Avenue, Waldwick, NJ 07463-1215 |
| 519103900 | + | Brookdale Drug and Alcohol Rehabilitatio, 2455 Back Mountain Road, Scotrun, PA 18355-7758 |
| 519103906 | + | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, Po Box 548, Trenton, NJ 08625-0548 |
| 519127771 | + | NJCLASS, PO Box 548, Trenton, NJ 08625-0548 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 25 2023 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 25 2023 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519108321 | + | EDI: PHINAMERI.COM | Jan 26 2023 01:44:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519103899 | + | EDI: PHINAMERI.COM | Jan 26 2023 01:44:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519103902 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jan 25 2023 20:48:00 | ChexSystems, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Saint Paul, MN 55125-1703 |
| 519103903 | ^ | MEBN | Jan 25 2023 20:46:33 | Early Warning Services, 16552 N 90th St #100, Scottsdale, AZ 85260-1619 |
| 519103904 | ^ | MEBN | Jan 25 2023 20:46:41 | Equifax, P.O. Box 740256, Atlanta, GA 30374-0256 |
| 519103905 | ^ | MEBN | Jan 25 2023 20:46:26 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 519157116 | + | EDI: AIS.COM | Jan 26 2023 01:44:00 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519103901 | | EDI: JPMORGANCHASE | Jan 26 2023 01:44:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519121390 | + | Email/Text: RASEBN@raslg.com | Jan 25 2023 20:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519103907 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 25 2023 20:47:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 519103908 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 25 2023 20:48:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |

Case 21-10862-VFP    Doc 38    Filed 01/27/23    Entered 01/28/23 00:17:52    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 25, 2023 | Form ID: 148 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| 519127789 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Jan 25 2023 20:48:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519103909 | ^ | MEBN | | |
| | | | Jan 25 2023 20:45:27 | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519112774 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | |
| | | | Jan 25 2023 20:47:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 519103910 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | |
| | | | Jan 25 2023 20:47:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 519103911 | + | EDI: WFFC2 | | |
| | | | Jan 26 2023 01:44:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 519112037 | | EDI: WFFC2 | | |
| | | | Jan 26 2023 01:44:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 519136107 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2023                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John F. Murano | on behalf of Debtor Theresa Louise Maruggio john@muranoroth.com vicky@muranoroth.com;muranojr90959@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 25, 2023 | Form ID: 148 | Total Noticed: 24

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5