**Order Filed on January 26, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Theresa Louise Maruggio,<br><br>Debtor. | Case No.: _____21-10862_____<br><br>Chapter: _____13_____<br><br>Hearing Date: _____<br><br>Judge: __Vincent F. Papalia__ |

**ORDER VACATING**

<u>            Order Granting Motion to Dismiss Case for Debtor            </u>

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 26, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The Court on its own motion finds that the:

##       Order Granting Motion to Dismiss Case for Debtor      

was entered in this case in error as it pertains to a different case and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated   January 25, 2023  , be and the same is hereby vacated.

*revised 2/25/14*

United States Bankruptcy Court

District of New Jersey

In re: Case No. 21-10862-VFP

Theresa Louise Maruggio   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2

Date Rcvd: Jan 26, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Theresa Louise Maruggio, 30 Glenair Avenue, Waldwick, NJ 07463-1215 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John F. Murano | on behalf of Debtor Theresa Louise Maruggio john@muranoroth.com vicky@muranoroth.com;muranojr90959@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Jan 26, 2023     Form ID: pdf903     Total Noticed: 1
TOTAL: 5