UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MURANO & ROTH, LLC
800 Kinderkamack Road Suite 202N
Oradell, New Jersey 07649
201-265-3400

/s/ John F. Murano
John F. Murano\JM-8846

Order Filed on January 26, 2023
by Clerk
**U.S. Bankruptcy Court
District of New Jersey**

In Re:

THERESA LOUISE MARUGGIO

| | |
|---|---|
| Case No.: | 21-10862 |
| Chapter: | 13 |
| Hearing Date: | January 19, 2023 |
| Judge: | PAPALIA |

### ORDER ON MOTION/APPLICATION TO DISMISS/CONVERT CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2) through three (3), is **ORDERED**.

**DATED: January 26, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Page 2**

This matter having come before the Court on Motion/Application of

___Theresa Louise Maruggio___, for an Order Dismissing/Converting Debtor's case, and good

cause having been shown, it is hereby

**ORDERED** as follows:

☒ case is dismissed.

❏ case is converted to a proceeding under Chapter 7.

❏ case is converted to a proceeding under Chapter 11.

❏ case is allowed to continue under Chapter 13 upon the following terms and

conditions:

❏ (a)  payments to the Trustee shall continue in the amount of

_____ dollars/month for an additional _____ months;

❏ (b)  Debtor(s) shall prepare and file with the Court a Wage Order for

continuing Trustee payments;

❏ (c)  If the Debtor(s) fail to make regular plan payments to the Trustee for

a period of more than 30 consecutive days, upon the Certification of the

Trustee of such non-payment, with Notice of the Certification to the

debtor(s) and the debtor(s) attorney, if any, the within case shall be

dismissed;

❏ (d)  Other (ie, Counsel Fee Award or other relief to moving party)

_____

_____

_____

**Page 3**

Upon case dismissal/conversion, any funds held by the Chapter 13 Trustee from payments made on account of debtor(s) Plan, shall be disbursed to the Debtor(s), except as follows:

(a)    $_____ shall be disbursed to Debtor(s) Counsel for Counsel Fees and Costs hereby allowed as an Administrative Expense;

(b)    $_____ to _____ (Creditor) for adequate protection payments pursuant to prior Order of the Court.

(c)    Other: _____
_____
_____

*rev.1/12/22*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                 Case No. 21-10862-VFP

Theresa Louise Maruggio                                                                                 Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 26, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Theresa Louise Maruggio, 30 Glenair Avenue, Waldwick, NJ 07463-1215 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2023                Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John F. Murano | on behalf of Debtor Theresa Louise Maruggio john@muranoroth.com vicky@muranoroth.com;muranojr90959@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                                    User: admin                                    Page 2 of 2
Date Rcvd: Jan 26, 2023                                Form ID: pdf903                                Total Noticed: 1
TOTAL: 5